# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1382
Lower Tribunal No. F03-7022A
_____

**Jose A. Hernandez de Jesus,**
Petitioner,

vs.

**The State of Florida,**

Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Jose A. Hernandez de Jesus, in proper person.

Ashley Moody, Attorney General, for respondent.

Before LOGUE, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Denied. See Coicou v. State, 39 So. 3d 237, 241 (Fla. 2010) ("[B]ecause the facts alleged in an accusatory pleading will vary on a case-

by-case basis, we conclude that a case-by-case determination is warranted when deciding whether attempted second-degree murder is a permissive lesser-included offense of attempted felony murder.").